HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Linda_allison@fd.org

Attorneys for Defendant
MICHAEL YANNONE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-0008-MJS |
| Plaintiff, | MOTION TO TERMINATE PROBATION AND VACATE SENTENCING HEARING |
| vs. | |
| MICHAEL YANNONE, | Date: December 6, 2016<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Michael J. Seng |

## I. BACKGROUND

Mr. Michael Yannone pled guilty to being under the influence of alcohol in Yosemite National Park. On April 28, 2015 this Court sentenced him to 18 months court probation and ordered that he pay the $250 fine, attend AA and provide proof of that. Mr. Yannone failed to fully comply with those conditions and a petition to revoke his probation was filed. On August 30, 2016, Mr. Yannone admitted that he had not completed his conditions in a timely manner. He also provided the Court proof that he had self-enrolled in an inpatient treatment program (Hobie House) in Merced, California. He also provided proof of partial payment of the fine and attendance of some of the AA meetings. The Court was impressed with his progress in admitting himself to an alcohol treatment program and admonished him to pay the fine by the end of October. His sentencing was continued until October 25, 2016, and then continued by the Court's own request to November 1, 2016. Mr. Yannone was unable to make it to Court because

of the rock slide that occurred the evening before on route 140, which is the road he would take from Merced.  His matter was continued to December 6, 2016.

Counsel has confirmed with the Court's financial office that the remainder of the fine was paid on September 27, 2016.

## II.  **REQUEST**

Mr. Yannone's court supervision would have expired on October 28, 2016 had the petition not been filed.  Although he did not accomplish all of his conditions in a timely manner, he has fulfilled them now.  He has paid his fine in full and he has gone the extra mile by getting himself into an inpatient treatment program - that was not ordered by the Court.  It is likely that the Court would have taken this action on November 1, 2016 had Mr. Yannone been able to attend Court, but he could not get there because of the rock slide.  The defense is now requesting that this Court, in the interests of justice, terminate Mr. Yannone's supervision and vacate the December 6, 2016 court date and not require him to attempt the journey to the park again.  The government has no objection to this request.

Dated:  December 2, 2016         Respectfully submitted,

                                 HEATHER E. WILLIAMS
                                 Federal Defender


                                 */s/ LINDA C. ALLISON*
                                 LINDA C. ALLISON
                                 Chief Assistant Federal Defender
                                 Attorney for Defendant
                                 MICHAEL YANNONE


Dated:  December 2, 2016         */s/ SUSAN ST. VINCENT*
                                 SUSAN ST. VINCENT
                                 YOSEMITE LEGAL OFFICER

## **ORDER**

For the reasons set forth above, and good cause appearing, the Court orders that probation in *United States v. Yannone*, No. 15-mj-0008-MJS, is terminated and the December 6, 2016 Court date is vacated.

IT IS SO ORDERED.

Dated:   December 5, 2016          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE